# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| BERNARD J. LAVERTY, JR. ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> DAVID G. MASSAD, DAVID MANDARA, ) <br> MARCELLO MALLEGNI, ) <br> BRENDA L. MALLEGNI, SUSAN ALDEN, ) <br> DAVID KOZIAK, MICHAEL NORRIS, ) <br> JANE NORRIS, HEIDI NORRIS, ) <br> WILLIAM DEPIETRI, ) <br> COMMERCE BANK AND TRUST COMPANY, ) <br> LBM FINANCIAL, LLC, ) <br> WOLFPEN FINANCIAL LLC, ) <br> and STONE SERVICES, INC., ) <br> ) <br> Defendants. ) <br> ) | Civil Action <br> No. 08-CV-11094-JLT |

## NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)

In accordance with Rule 41(a)(1) of the Federal Rules of Civil Procedure, the plaintiff, Bernard J. Laverty, Jr., hereby dismisses this action as to the defendants, WITHOUT prejudice and WITHOUT costs.

The Plaintiff,
BERNARD LAVERTY,

By his attorney,

/s/ Ronald W. Dunbar, Jr.
Ronald W. Dunbar, Jr.
BBO No. 567023
Dunbar Law P.C.
10 High Street, Suite 700
Boston, MA 02110
(617) 244-3550

1